**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

IN RE:

                                                          **CASE NO.: 12-31435-LMI**

**ANTONIO A. BLANCO**                  **CHAPTER: 13**

        **Debtors**      /

**OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE**

    The Debtor, **ANTONIO BLANCO** (hereinafter referred to as "Debtor") by and through the undersigned counsel objects to the Notice of Mortgage Payment Change filed by NationStar Bank and as grounds therefore would show:

1. Secured Creditor, NationStar filed a Notice of Mortgage Payment Change regarding property 204 harold Ave N Lehigh, FL 33971 or about August 05, 2013.

2. Said document changed Mortgage payment from $412.29 to $516.74.

3. Debtors objects to this as Debtor is Stripping down the Lender's mortgage in the bankruptcy plan.

4. The payment change is unwarranted and should be disallowed.

    **WHEREFORE**, for the above reasons the Debtor prays this Honorable Court enter an order disallowing Notice of Payment Change and for such further relief as court deems necessary and appreciate.

                                                             CORONA LAW FIRM, P.A.

                                                             /s/ Ricardo Corona, Esq.
                                                             RICARDO CORONA, ESQ.
                                                             Florida Bar No. 111333
                                                             3899 NW 7 Street, Suite 202-B
                                                             Miami, FL 33126
                                                             (305) 266-1150 Phone
                                                             bk@coronapa.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing motion on Objection to Notice of Payment Change was sent via USPS Mail or electronic transmission to every party on the attached Matrix and all others set forth in the NEF dated this  4th   day of April, 2014.

                              CORONA LAW FIRM, P.A.

                              /s/ Ricardo Corona, Esq.
                              RICARDO CORONA, ESQ.
                              Florida Bar No. 111333
                              3899 NW 7 Street
                              Suite 202-B
                              Miami, FL 33126
                              (305) 266-1150 Phone
                              bk@coronapa.com

**Credit Mailing Matrix**
**Case No.: 12-31435-LMI**

**Via Certified Mail**

| **Nationstar Mortgage** | **Nationstar Mortgage** |
|---|---|
| Anthony K. Barone, Manager | c/o Corporation Services Company |
| 350 Highland Drive | 1201 Hays Street |
| Lewisville, TX 75067 | Tallahassee, FL 32301-2525 |
| | |
| **Office of the US Trustee** | **Nancy N. Herkert, Chapter 13 Trustee** |
| 51 SW 1st Avenue, Ste 1204 | www.ch13herkert.com |
| Miami, FL 33130 | P.O. Box 279806 |
| | Miramar, Florida 33027 |
| | |
| **Antonio A. Blanco** | **NationStar Mortgage** |
| 11810 N.W. 22 Avenue | c/o Diana Duarte |
| Miami, Florida 33167 | Po Box 630267 |
| | Irving, Tx 75063 |